IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WEIGHT LOSS SERVICES, LP, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| HERBAL MAGIC, INC., et al. | : | NO. 11-3859 |

ORDER

AND NOW, this 22nd day of September, 2011, upon consideration of the defendants' Motion to Dismiss, or in the Alternative, to Transfer Venue (Docket No. 4), the plaintiffs' opposition thereto, and the defendants' brief in reply; and upon consideration of the plaintiffs' Motion to Amend/Correct the Complaint (Docket No. 10), the defendants' opposition thereto, and the plaintiffs' brief in response, IT IS HEREBY ORDERED that:

1.   The plaintiffs' motion is GRANTED;

2.   The defendants' motion is GRANTED in part;

3.   The above-captioned case is TRANSFERRED to the United States District Court for the Southern District of New York.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.